United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURBERRY LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>TUAN NGUYEN,<br><br>    Defendant                     / | No. C-05-4248 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Clerk of the Court having entered the default of defendant on December 20, 2005, the Court hereby ORDERS plaintiff to file a motion for default judgment no later than March 3, 2006, and hereby CONTINUES the case management conference from January 20, 2006 to May 5, 2006, at 10:30 a.m.  Plaintiff shall file a case management statement no later than April 28, 2006.

    **IT IS SO ORDERED.**

Dated: January 17, 2006

                                                    MAXINE M. CHESNEY<br>                                                    United States District Judge