United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BURBERRY LIMITED,                         No. C 05-4248 MMC

12           Plaintiff,                        **ORDER REFERRING TO MAGISTRATE
                                               JUDGE PLAINTIFF'S MOTION TO
13      v.                                     REQUEST LIMITED DISCOVERY TO
                                               IDENTIFY JOHN DOE DEFENDANTS**
14   TUAN NGUYEN, et al.,

15           Defendants
     _____/
16

17           Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Motion to

18   Request Limited Discovery to Identify John Doe Defendants, filed January 27, 2006, and all

19   other discovery disputes, are referred to a Magistrate Judge to be heard and considered at

20   the convenience of the assigned Magistrate Judge's calendar.

21           Counsel will be advised of the date, time and place of the next appearance by notice

22   from the assigned Magistrate Judge's chambers.

23           The hearing date of March 3, 2006 before the undersigned is VACATED.

24           **IT IS SO ORDERED**.

25
     Dated:  January 30, 2006
26                                             _____
                                               MAXINE M. CHESNEY
27                                             United States District Judge

28