1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   BURBERRY LIMITED,            )
                                  )
11            Plaintiff(s),       )      No. C05-4248 MMC (BZ)
                                  )
12        v.                      )      **INITIAL DISCOVERY ORDER**
                                  )
13   TUAN NGUYEN,                 )
                                  )
14            Defendant(s).       )
                                  )
15   _____)

16       All discovery in this matter has been referred to United

17   States Magistrate Judge Bernard Zimmerman.

18       In the event a discovery dispute arises, the parties

19   shall meet in person or, if counsel are outside the Bay Area,

20   by telephone and make a good faith effort to resolve their

21   dispute.  Exchanging letters or telephone messages about the

22   dispute is insufficient.  The Court will not read subsequent

23   positioning letters; parties shall instead make a

24   contemporaneous record of their meeting using a tape recorder

25   or a court reporter.

26       In the event they cannot resolve their dispute, the

27   parties must participate in a telephone conference with the

28   Court **before** filing any discovery motions or other papers.

1   The party seeking discovery shall request a conference in a

2   letter served on all parties not exceeding two pages (with no

3   attachments) which briefly explains the nature of the action

4   and the issues in dispute.  Other parties may reply in similar

5   fashion within two days of receiving the letter requesting the

6   conference.  The Court will contact the parties to schedule

7   the conference.

8        After the conference with the Court, if filing papers is

9   deemed necessary, they should be filed **electronically filed**

10  with the Clerk's Office, with **one hard copy delivered directly**

11  **to Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A

12  chambers copy of all briefs shall be submitted on a diskette

13  formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be

14  scanned for virus before submission.

15  Dated: February 6, 2006

16

17  _____
                    Bernard Zimmerman
18              United States Magistrate Judge

19  G:\BZALL\-REFS\BURBERRY LIMITED\INITIAL DISCOVERY.ORDER.wpd

20

21

22

23

24

25

26

27

28