ANTHONY M. KEATS (State Bar No. 123672)
DAVID K. CAPLAN (State Bar No. 181174)
KEATS MCFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Tel: (310) 248-3830
Fax: (310) 860-0363
Email: akeats@kmwlaw.com
       dcaplan@kmwlaw.com

Attorneys for Plaintiff
BURBERRY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURBERRY LIMITED<br><br>          Plaintiff,<br><br>v.<br><br>TUAN NGUYEN, an individual; and JOHN DOES 1-10,<br><br>          Defendants. | Civil Action No.: CV 05-4248 MMC<br><br>**PROPOSED ORDER**<br><br>Date:   March 3, 2006<br>Time:  9:00 AM<br>Place:  Courtroom 7, 19th Floor |

I:\IP\10316\00018\Pleadings\Motion for Limited Discovery -proprosed order.doc

# ORDER

Pursuant to <u>Columbia Insurance Co. v. Seescandy.com</u>, 185 F.R.D. 573 (N.D. Cal. 1999), Plaintiff has exhausted traditional avenues for identifying the Doe Defendants and thus, Plaintiff is entitled to limited discovery. Because the Doe Defendants operate pseudonymously and entirely online, Plaintiffs cannot identify the Doe Defendants without information from eBay and the ISPs which provide online services to Doe Defendants, and the Postal Annex, which is believed to provide mail boxes to Doe Defendants.

This Court hereby grants Plaintiff's motion to request limited discovery upon the Doe Defendants and authorizes Plaintiff to serve subpoenas on the associated ISPs which provide services to the Web sites http://yeniluxurygoods.com, http://designergoodsonline.com, and http://www.luxurychoices.com, and the e-mail addresses bennyleekw@yahoo.com, admin@yeniluxurygoods.com, cs@yeniluxurygoods.com, cs@designergoodsonline.com, and cs@luxurychoices.com. Plaintiff may also serve subpoenas upon eBay to obtain information regarding the seller name, "auction-luxurygoods" and the Postal Annex located at 100 First Street, San Francisco, California 94105 to request any contact information associated with the mail boxes 100 – 328.

Dated: _February 7, 2006___  _____
~~MAXINE M. CHESNEY~~
~~Judge of the United States District Court~~

Respectfully submitted,
KEATS McFARLAND & WILSON LLP

By: ____/s/_____
    David K. Caplan
    Attorney for Plaintiff
    Burberry Limited

*IT IS SO ORDERED* — Judge Bernard Zimmerman (United States District Court, Northern District of California seal)

I:\IP\10316\00018\Pleadings\Motion for Limited Discovery -proposed order.doc

-1-