IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURBERRY LIMITED,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TUAN NGUYEN, et al.,<br><br>　　　　　Defendants | No. C-05-4248 MMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE; CONTINUING HEARING** |

　　　　Before the Court is plaintiff Burberry Limited's request to appear by telephone at the April 7, 2006 hearing on plaintiff's motion for default judgment against defendant Tuan Nguyen.

　　　　Appearances with respect to hearings on motions are in person. Moreover, plaintiff fails to set forth any good cause to conduct the hearing telephonically. Accordingly, the request to appear telephonically is hereby DENIED.

　　　　The Court, however, will continue the hearing to April 21, 2006, at 9:00 a.m. Plaintiff is hereby given leave to file, no later than April 13, 2006, declarations, or any other documents, that fully address both issues identified in the Court's order of April 3, 2006. Upon review of any such documents, the Court will consider whether the hearing can be vacated and the motion decided on the papers submitted by plaintiff.[1]

　　　　**IT IS SO ORDERED.**

Dated: April 5, 2006

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Unless the Court notifies plaintiff that the April 21, 2006 hearing is vacated, counsel is required to appear in person on that date.